## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

FRANK J. CAPOZZI SR., : No. 55 MM 2017
:
Petitioner :
:
:
:
v. :
:
:
:
LUZERNE COUNTY COURT OF :
COMMON PLEAS, :
:
Respondent :

## ORDER

**PER CURIAM**

**AND NOW**, this 22nd day of May, 2017, the Application for Leave to File Original Process is **GRANTED**, and the "Petition for Review and Extraordinary Relief" is **DENIED**.